

1  Alex J. Flangas, Nevada Bar No. 664
   aflangas@hollandhart.com
2  HOLLAND & HART LLP
   5441 Kietzke Lane, Second Floor
3  Reno, Nevada 89511
   Telephone: (775) 327-3000
4  Facsimile: (775) 786-6179

5  Karl M. Tilleman (admitted Pro Hac Vice)
   ktilleman@steptoe.com
6  STEPTOE & JOHNSON LLP
   201 East Washington, Suite 1600
7  Phoenix, Arizona 85012
   Telephone: (602) 257-5200
8  Facsimile: (602) 257-5299

9  *Attorneys for Defendant MetLife Bank, N.A.*
   *(named as MetLife Home Loans, a division*
10 *of MetLife Bank, N.A.)*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| John H. Becker and Soledad T. Becker, | CASE NO. 3:10-cv-00533-RCJ-VPC |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| First American Title Company of Nevada; MetLife Home Loans, a division of MetLife Bank, N.A.; LBPS; UTLS Default Services, LLC, and Does 1 through 100, | |
| Defendants. | |

The parties hereby provide this Joint Status Report to the Court. The Court has previously ordered the parties to participate in foreclosure mediation. The parties viewed the current servicer of Plaintiffs' loan, IBM Lender Business Process Services, Inc., ("IBM") who was not originally a party to the case, as a necessary party to the mediation. Pursuant to stipulation of the

1 parties and the Court's June 1, 2011 Order, IBM was added as a party to the case. The foreclosure mediation has been set for August 3, 2011 at 9:00 a.m.

Under the parties previous Joint Status Report, they had agreed to conduct their Rule 26(f) and LR 26-1 conference within 30 days after IBM was added as a party, or by July 1, 2011. Because certain issues may be resolved by the foreclosure mediation, the parties believe it will be more efficient to conduct their Rule 26(f) and LR 26-1 conference after the foreclosure mediation has concluded. The parties therefore request that the Court grant them 30 days after the mediation has concluded to reconvene and hold their Rule 26(f) and LR 26-1 conference. The parties will then file their Discovery Plan and Scheduling Order within 14 days of the conference.

This is the parties' third request for an extension of time to submit the discovery plan and scheduling order pursuant to LR 26-1 and is not intended to cause any delay or prejudice to any party. Trial has not been set and no motions are pending.

RESPECTFULLY SUBMITTED this 1st day of July 2011.

| HAGER & HEARNE | HOLLAND & HART LLP |
|---|---|
| By: /s/ | By: /s/ |
| Robert R. Hager | Alex J. Flangas |
| Nevada Bar No. 1482 | 5441 Kietzke Lane, 2nd Floor |
| Treva H. Hearne | Reno, NV 89511 |
| Nevada Bar No. 4450 | |
| 245 E. Liberty Street, Suite 110 | |
| Reno, Nevada 89501 | STEPTOE & JOHNSON LLP |
| | Karl M. Tilleman |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant MetLife Bank, N.A. (named as MetLife Home Loans, a division of MetLife Bank, N.A.)* |

| | |
|---|---|
| PITE DUNCAN, LLP | MAUPIN, COX & LEGOY |
| By: /s/ | By: /s/ |
| Gregg A. Hubley | Donald A. Lattin |
| Nevada Bar No. 7386 | Nevada Bar No. 693 |
| Laurel I. Handley | Carolyn K. Renner |
| Nevada Bar No. 9576 | Nevada Bar No. 9164 |
| 702 Bridger Avenue, Suite 700 | 4785 Caughlin Parkway |
| Las Vegas, Nevada, 89101 | Reno, Nevada 89519 |
| *Attorneys for Defendant UTLS Default Services, LLC* | *Attorneys for Defendant First American Title Company of Nevada* |

McCARTHY & HOLTHUS, LLP

By: /s/
Kristin A. Schuler-Hintz
Nevada Bar No. 7171
Christopher M. Hunter
Nevada Bar No. 8127
9510 W. Sahara, Suite 110
Las Vegas, Nevada, 89117

*Attorneys for Defendant IBM Lender Business Process Services, Inc.*

IT IS SO ORDERED.

Dated this 6th day of July, 2011.

_____
VALERIE P. COOKE
United States Magistrate Judge

3

## Certificate of Service

I hereby certify that on the 1st day of July, 2011 and pursuant to FRCP 5(b), I served via CM/ECF a true and correct copy of the attached document to all parties as listed on the Notice of Electronic Filing.

/s/
Barbara D. Cozens

5153077_1.DOCX