# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN H. BECKER, et al., | ) | 3:10-CV-0533-RCJ (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 9, 2011 |
| FIRST HORIZON HOME LOAN CORPORATION, et al., | ) | |
| Defendants. | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN        **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant, First American Title Company of Nevada's application for order permitting telephonic appearance at settlement conference (#71) is **DENIED**. Pursuant to the order setting settlement conference (#64) issued on July 11, 2011, each defendant is required "to have in attendance a representative who has both the authority to exercise his or her own discretion, and the realistic freedom to exercise such discretion without negative consequences, in order to settle the case during the settlement conference without consulting someone else who is not present."

The court finds that telephonic appearances at settlement conferences cause confusion, delay, and generally hinder the prospects for settlement. The court will only grant permission for a telephonic appearance in a settlement conference in the most extreme circumstances, such as the incarceration of a party. The court finds that telephonic appearance in this case is not warranted.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/

Deputy Clerk