```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

         OCT 24 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN H. BECKER, et al., ) | 3:10-CV-0533-RCJ (VPC) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | October 24, 2011 |
| ) | |
| FIRST HORIZON HOME LOAN ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs' motion for reconsideration of court's issuance of order to show cause and motion to vacate order to show cause (#79) is **GRANTED**. The show cause hearing set for November 3, 2011 at 9:00 a.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
          Deputy Clerk